PROMISSORY NOTE-BALLOON PAYMENT WITH OPTION TO CONVERT

Los Altos, California

$ 50,000.00                                                                 **July 1, 2011**

FOR VALUE RECEIVED, the undersigned promises to pay to **Jean Schott** ("Lender") at **3367 Shady Spring Lane, Los Altos California** or such other place as may from time-to-time be designated in writing by the holder hereof, the principal sum of **fifty thousand dollars ($50,000.00)** with simple interest thereon from the date hereof until said principal sum is fully paid at the rate of **Seven** percent **7%** per annum. All principal and interest due on this Note shall be paid in full on **June 24th, 2013**.

It is expressly agreed that should any default be made in the payment of this Note, in whole or in part, on the date whereon the same shall become due and payable as set forth herein, or should (a) the undersigned become insolvent or make an assignment for the benefit of creditors, (b) a petition be filed or any other proceeding commenced under the Federal Bankruptcy Code or any state insolvency statute by or against the undersigned, or (c) a receiver be appointed for the undersigned or its property, assets or income, then, in any such event, the entire unpaid balance of principal due hereon shall, at the option of the holder hereof, become immediately due and payable, without notice to the undersigned, which notice is hereby expressly waived and in any such event, said holder shall have the right to exercise any right or remedy provided by law.

It is the understanding of the parties that during the term of this Note, that the undersigned intends to form and incorporate a business entity to engage in the retail sale of fine linens for bed, table and bath, Italian dinnerware, ceramics, and pewter, among other things, as well as in-home design and interior decorating services. In the event that such retail business entity is formed, Lender shall have the option, at the time this Note is due, to convert such loan into equity shares of such entity. Valuation of such shares, at the time of conversion, shall be mutually agreed to in writing between the parties at that time.

The undersigned shall have the privilege of prepaying any or all of the principal sum under this Note and the accrued interest thereon at any time prior to the due date without notice, bonus or penalty. This note is unsecured.

In the event that any action is brought to enforce the terms or conditions of this note or to collect any amounts owing hereunder, the prevailing party shall be entitled to recover its reasonable attorney fees and court costs. This note shall be governed by the laws of the State of California.

WITNESS the following signature:

By: _____  Date: July 1st, 2011
Craig Cousins

**EXHIBIT A**

DO NOT DESTROY THIS NOTE

Case: 18-05008   Doc# 1-1   Filed: 02/12/18   Entered: 02/12/18 12:06:53   Page 1 of 1

JS