JEAN MARIE SCHOTT  
8251

July 1, 2011

Pay to the Order of: Craig Cousins                    $ 50,000.00

Fifty thousand dollars 00/100 ———————— Dollars

Wells Fargo Bank, N.A.  
California  
wellsfargo.com

For: Cover Story 11 (P. NOTE)        Jean Marie Schott  MP

**EXHIBIT B**