JEAN MARIE SCHOTT  Verified w/ Nyc @ WF  8447
(949) 642-1242
9-24-12

Pay to the Order of: Craig Cousins    $ 50,000.00
Fifty thousand dollars 00/100    Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For: cover story - ability (#2 invstmt)

**EXHIBIT D**