Michael W. Malter (SBN 96533)
Julie H. Rome-Banks (SBN 142364)
David B. Rao  (SBN 103147)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
        Julie@bindermalter.com
        David@bindermalter.com

Jeffrey S. Holman (SBN 197824)
HOLMAN KAYE LAW GROUP
220 State Street, Suite A
Los Altos, CA 94022
Tel: (650) 949-1660
Fax: (650) 949-5024
Email: jeff@holmankaye.com

Attorneys for Plaintiff
JEAN SCHOTT

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re: | Case No.: 17-52821-MEH |
| CRAIG A. COUSINS and AGNES E. SMITH, | Chapter 7 |
| Debtors. | |
| JEAN SCHOTT, | Adver. Proc. 18-05008 |
| Plaintiff, | |
| v. | |
| CRAIG A. COUSINS, | |
| Defendant. | |

## INTERIM DISCOVERY PLAN

The parties, through their respective counsel of record, do hereby adopt this Interim Discovery Plan, effective as April 17, 2018:

1. The parties have agreed to participate in the Court's Bankruptcy Dispute Resolution Program (BDRP) in a good faith effort to attempt to settle this Adversary Proceeding.

2. Because the parties desire to utilize their resources at this time to attempt to settle this Adversary Proceeding, all discovery shall be stayed.

3. In the event that (a) the BDRP session with the selected Resolution Advocate does not result in a settlement of this Adversary Proceeding, or (b) one of the parties believes that the other party is not proceeding in good faith in the BDRP process, then either party may proceed with discovery.

4. No party may engage in formal discovery, including discovery upon third party witnesses, until such party has first served that party's FRCP Rule 26(a)(1) Initial Disclosures.

5. The parties shall jointly request that the Court make this Interim Discovery Plan an order of the Court.

6. This Interim Discovery Plan is modifiable for cause at the request of either party.

Dated: April 20, 2018                                    BINDER & MALTER, LLP


                                                        By:  /s/ Julie H. Rome-Banks
                                                             Julie H. Rome-Banks
                                                             Attorneys for Plaintiff

Dated: April 23, 2018                                    LAW OFFICES OF D. BRAD JONES


                                                        By:  /s/ D. Brad Jones
                                                             D. Brad Jones
                                                             Attorneys for Defendant